UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JACOB WHITE,**

   Plaintiff,

v.                    **No. 4:23-cv-00925-P**

**THE STATE OF TEXAS, ET AL.,**

   Defendants.

## FINAL JUDGMENT

   Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 54), the Court hereby **ENTERS** final judgment and **DISMISSES** Plaintiff's claims against Defendant William Brandt **with prejudice**.

   **SO ORDERED** on this **10th day** of **October 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE