UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JACOB WHITE,**

   Plaintiff,

v.                                         **No. 4:23-cv-00925-P**

**THE STATE OF TEXAS, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Pursuant to this Court's Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 72) and Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED** for the reasons in the Court's Order.

**SO ORDERED** on this **21st day of November 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE